UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

KAREN S. DECAN,

      Plaintiff,                                      Case No.1:06-CV-502

v.                                                     Hon. Richard Alan Enslen

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 15, 2007, is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Commissioner of Social Security's decision is **REVERSED** and this case **REMANDED** for the awarding of benefits.

Dated in Kalamazoo, MI:                      /s/Richard Alan Enslen
September 6, 2007                        Richard Alan Enslen
                                                  Senior United States District Judge